UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL JAMES ROBB,<br><br>             Plaintiff,<br><br>      v.<br><br>MARTIN O'MALLEY,<br><br>             Defendant. | Case No.  24-cv-02885-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 1 |

Plaintiff Michael James Robb filed this action on May 13, 2024.  Dkt. No. 1.  Pursuant to the Social Security Procedural Order issued on May 14, 2024, Mr. Robb's motion for summary judgment or remand was due within 30 days of service of defendant Martin O'Malley's answer.  Dkt. No. 3.  Commissioner O'Malley filed an answer and the administrative record on July 12, 2024.  Dkt. No. 10.  Accordingly, Mr. Robb's motion was due no later than August 12, 2024.  No motion has been filed.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962).  Mr. Robb is directed to file a written response to this order by **August 23, 2024** and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 16, 2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge